941 A.2d 1258

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James McKENZIE, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 4, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 4th day of January, 2008, the Petition for Allowance of Appeal is **GRANTED** and this matter is **RE-MANDED** to the Superior Court for consideration of *Commonwealth v. Dunlap*, 596 Pa. 147, 941 A.2d 671 (2007).